BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK WILLIAM SHARP,<br><br>Defendant. | Case No. CR 18-0379-S DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2425<br>18 U.S.C. § 2428 |

The Grand Jury charges:

### COUNT ONE

**Attempted Coercion and Enticement**
**18 U.S.C. § 2422(b)**

On or about November 2, 2018, in the District of Idaho, the defendant, MARK WILLIAM SHARP, using the internet, a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce a person he believed to be a minor to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Idaho Code § 18-1508, in violation of Title 18, United States Code, Section 2422(b).

INDICTMENT - 1

## COUNT TWO

### Attempted Use of Interstate Facilities to Transmit Information About a Minor
### 18 U.S.C. § 2425

On or about November 2, 2018, in the District of Idaho, the defendant, MARK WILLIAM SHARP, using the internet, a facility and means of interstate and foreign commerce, did knowingly attempt to initiate the transmission of the name, address, telephone number, social security number and electronic mail address of another individual, knowing that such individual had not attained the age of 16 years of age, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Idaho Code § 18-1508, in violation of Title 18, United States Code, Section 2425.

### CRIMINAL FORFEITURE ALLEGATION
### Transport for Illegal Sexual Activity Forfeiture
### 18 U.S.C § 2428

Upon conviction of the offenses alleged in Counts One or Two of this Indictment, the defendant, MARK WILLIAM SHARP, shall forfeit to the United States his interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the foregoing offense; and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

    a. An Apple iPhone, model A1532, IMEI number 358537056808693.

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant"

**INDICTMENT - 2**

up to the value of the defendant's assets subject to forfeiture.  The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third person;

    c.    Has been placed beyond the jurisdiction of the court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 11th day of December, 2018.

                               A TRUE BILL

                               /s/ [signature on reverse]
                               FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_/s/ Kassandra McGrady_
KASSANDRA MCGRADY
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**